Joshua A. Carey # 25252-052
USP/Tucson
P.O. Box 24550
Tucson Arizona. 85734

FILED ✓ RECEIVED ____ LODGED ____ COPY
FEB 16 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| JOSHUA AARON CAREY<br>Plaintiff.<br>V.<br>WARDEN B. VON BLANCKENSSIE,<br>et. al.<br>Defendants: | No. CV-20-00491-TUC-RCC<br><br>NOTICE OF INTERLOCUTORY APPEAL. |

APPEAL OF ORDER DISMISSING MONETARY DAMAGES AND ACCESS to the Court Claim of VERIFIED Complaint, to the U.S. COURT OF APPEALS FOR THE Ninth Circuit.

RESPECTFULLY Submitted This 3rd DAY of Feb. 2021

Joshua A Carey
JOSHUA Aaron CAREY